

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00435-CV

**AUGLLE, L.L.C.,** Wrap It Up, L.L.C., James A. McVey, Jr., Individually, and Valdis Karlis
Gravis Krumins, Individually,
Appellants

v.

David A. **MONROE**, E-Watch Corporation, E-Watch, Inc., and The Telesis Group, Inc., each
Individually and as Member of Power Surveillance Corporation, L.L.C.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07230
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Appellants' unopposed motion to suspend the appellate deadlines for a period of sixty days is granted in part and denied in part. We order that either a motion disposing of this appeal or appellants' brief is due on October 26, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court